```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 16147
   KIMBERLY HOLLOWAY
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

       Debtor
   SSN XXX-XX-6389

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/23/2004 and was confirmed 08/19/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  40.09%.

     The case was paid in full 02/08/2008.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSECURED OTH      347.41          .00           106.90
CITIBANK NA               CURRENT MORTG         .00          .00              .00
CHASE MANHATTAN           NOTICE ONLY     NOT FILED          .00              .00
CITIBANK NA               MORTGAGE ARRE    1112.38           .00          1112.38
CITY OF CHICAGO WATER DE  NOTICE ONLY     NOT FILED          .00              .00
CITY OF CHICAGO WATER DE  NOTICE ONLY     NOT FILED          .00              .00
ONYX ACCEPTANCEO CORP     SECURED          8800.00        337.61          8800.00
ONYX ACCEPTANCEO CORP     UNSECURED OTH     915.24           .00           366.90
SOUTHWEST CAPITAL         CURRENT MORTG        .00           .00              .00
SOUTHWEST CAPITAL         MORTGAGE ARRE        .00           .00              .00
CAPITAL ONE AUTO FINANCE  SECURED              .00           .00              .00
CITY OF CHICAGO PARKING   UNSECURED        5915.00           .00          2371.56
ILLINOIS DEPT OF EMPLOYM  UNSECURED        3398.00           .00          1362.39
ISAC                      UNSECURED        8750.02           .00          3509.28
CAPITAL ONE               NOTICE ONLY     NOT FILED          .00              .00
SOUTHWEST CAPITAL         COST OF COLLE        .00           .00              .00
CAPITAL ONE AUTO FINANCE  UNSECURED        7141.94           .00          2862.49
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     1,905.20                        1,905.20
TOM VAUGHN                TRUSTEE                                         1,215.29
DEBTOR REFUND             REFUND                                             77.66

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                   RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            24,027.66

PRIORITY                                       .00
SECURED                                    9,912.38
    INTEREST                                 337.61
UNSECURED                                 10,579.52
ADMINISTRATIVE                             1,905.20

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 16147 KIMBERLY HOLLOWAY
```

```
TRUSTEE COMPENSATION                                       1,215.29
DEBTOR REFUND                                                 77.66
                                      ---------------    ---------------
TOTALS                                     24,027.66         24,027.66
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                     /s/ Tom Vaughn
  Dated: 05/28/08                    _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```